IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KARLA HURTADO, Derivatively on Nominal Defendant PROVECTUS BIOPHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> H. CRAIG DEES, TIMOTHY C. SCOTT, JAN E. KOE, KELLY M. McMASTERS, and ALFRED E. SMITH IV, <br><br> Defendants, <br><br> and <br><br> PROVECTUS BIOPHARMACEUTICALS, INC., <br><br> Nominal Defendant. | CASE No. 3:14-cv-01263 <br><br> **District Judge Kevin H. Sharp** <br> **Magistrate Judge E. Clifton Knowles** <br><br><br> **JURY DEMAND** |

ORDER

Upon due consideration of the Parties' Joint Motion to Transfer and for Other Relief,

IT IS ORDERED that the Joint Motion is GRANTED:

1. The Court hereby transfers this action to the U.S. District Court for the Eastern District of

   Tennessee - Northern Division pursuant to 28 U.S.C. §1406(a); and

2. Accordingly, Defendants are hereby expressly relieved from answering or otherwise responding to the Complaint in this action pending further order of the U.S. District Court for the Eastern District of Tennessee.

						_____
						KEVIN H. SHARP
						DISTRICT JUDGE


PREPARED AND APPROVED FOR ENTRY BY:


*/s/ John S. Hicks*
John S. Hicks (BPR NO. 010478)
Baker, Donelson, Bearman, Caldwell & Berkowitz
211 Commerce Street, Suite 800
Nashville, Tennessee  37201
(615) 726-7337
(615) 744-7337 (Facsimile)
jhicks@bakerdonelson.com

*Attorneys for Defendants*